**Thomas P. DiNapoli**
**State Comptroller**

**KRISTINA ARANBAYEVA**

|  | Total Gross | Fed Taxable Gros |
|---|---|---|
| Current | 2,751.01 | 2,654.7 |
| YTD | 8,149.56 | 7,864.3 |

| Advice # | 08085742 |
|---|---|
| Advice Date | 01/31/2019 |
| Department ID | 70040 |

| Pay Start Date | 01/17/2019 |
|---|---|
| Pay End Date | 01/30/2019 |
| NYS EMPLID | N01915660 |

| Negotiating Unit | T8 |
|---|---|
| Retirement System | TIAA/CREF |

| **Net Pay** | **2,076.86** |
|---|---|
| Pay Rate | 71,723.00 |

### EARNINGS

| | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,751.01 | | 8,149.56 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | S | |
| Allowances | 10 | 0 | 0 | |
| Addl. Amt. | | | | |

### TAXES

| | Current | YTD |
|---|---|---|
| Fed Withholding | 99.72 | 287.1 |
| Medicare | 39.89 | 118.1 |
| Social Security | 170.56 | 505.2 |
| NY Withholding | 142.13 | 419.9 |
| NYC Withholding | 96.67 | 285.6 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| TIAA Retirement Before Tax | 96.29 | 285.24 |
| Hi CBP Fam Basic Bef Tax | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| PSC DUES | 28.89 | 85.5 |

January 31, 2019

Advice No. **08085742**

Deposited in the Account(s) of    KRISTINA ARANBAYEVA

**NON-NEGOTIABLE**

**Direct Deposit Distribution**    Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 021000021 | Checking | 2,076.86 |

| Total | 2,076.86 |
|---|---|

**NET DISTRIBUTIONS**

| Advice # 08085742 | 2,076.86 |
|---|---|
| Check # | |
| Total | 2,076.86 |

02/11/2019 09:34 AM

| Thomas P. DiNapoli State Comptroller | KRISTINA ARANBAYEVA | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|
| | | | Current | 2,751.01 | 2,654.72 |
| | | | YTD | 5,398.55 | 5,209.60 |

| Advice # | 07866043 | Pay Start Date | 01/03/2019 | Negotiating Unit | T8 | Net Pay | 2,076.86 |
|---|---|---|---|---|---|---|---|
| Advice Date | 01/17/2019 | Pay End Date | 01/16/2019 | Retirement System | TIAA/CREF | | |
| Department ID | 70040 | NYS EMPLID | N01915660 | | | Pay Rate | 71,723.00 |

### EARNINGS

| | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,751.01 | | 5,398.55 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | S | |
| Allowances | 10 | 0 | 0 | |
| Addl. Amt. | | | | |

### TAXES

| | Current | YTD |
|---|---|---|
| Fed Withholding | 99.72 | 187.46 |
| Medicare | 39.89 | 78.28 |
| Social Security | 170.56 | 334.71 |
| NY Withholding | 142.13 | 277.83 |
| NYC Withholding | 96.67 | 188.94 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| TIAA Retirement Before Tax | 96.29 | 186.95 |
| GHI CBP Fam Basic Bef Tax | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| PSC DUES | 28.89 | 56.69 |

January 17, 2019

Advice No. 07866043

Deposited in the Account(s) of    KRISTINA ARANBAYEVA

**NON-NEGOTIABLE**

### Direct Deposit Distribution    Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 021000021 | Checking | 2,076.86 |
| Total | | 2,076.86 |

### NET DISTRIBUTIONS

| Advice # 07866043 Check # | 2,076.86 |
|---|---|
| Total | 2,076.86 |

**Thomas P. DiNapoli**
**State Comptroller**

KRISTINA ARANBAYEVA

|  | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,647.54 | 2,554.88 |
| YTD | 2,647.54 | 2,554.88 |

| Advice # | 07642500 | Pay Start Date | 12/20/2018 | Negotiating Unit | T8 | **Net Pay** | **2,008.83** |
|---|---|---|---|---|---|---|---|
| Advice Date | 01/03/2019 | Pay End Date | 01/02/2019 | Retirement System | TIAA/CREF | | |
| Department ID | 70040 | NYS EMPLID | N01915660 | | | Pay Rate | 71,723.00 |

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,647.54 | | 2,647.54 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | S | |
| Allowances | 10 | 0 | 0 | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 87.74 | 87.74 |
| Medicare | 38.39 | 38.39 |
| Social Security | 164.15 | 164.15 |
| NY Withholding | 135.70 | 135.70 |
| NYC Withholding | 92.27 | 92.27 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| TIAA Retirement Before Tax | 92.66 | 92.66 |
| GHI CBP Fam Basic Bef Tax | 0.00 | 0.00 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| PSC DUES | 27.80 | 27.80 |

January 03, 2019

Advice No. **07642500**

Deposited in the Account(s) of    KRISTINA ARANBAYEVA

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 021000021 | Checking | 2,008.83 |
| Total | | 2,008.83 |

**NET DISTRIBUTIONS**

| | |
|---|---|
| Advice # 07642500 | 2,008.83 |
| Check # | |
| Total | 2,008.83 |

| Thomas P. DiNapoli<br>State Comptroller | KRISTINA ARANBAYEVA | | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|---|
| | | | | | Current<br>YTD | | 2,621.67<br>68,095.39 | 2,529.91<br>65,712.01 |
| Advice #    07407373<br>Advice Date    12/20/2018 | Pay Start Date    12/06/2018<br>Pay End Date    12/19/2018 | Negotiating Unit    T8<br>Retirement  System    TIAA/CREF | | | | **Net Pay** | | **1,987.10** |
| Department ID    70040 | NYS EMPLID    N01915660 | | | | | Pay Rate | | 68,351.00 |

| EARNINGS | Current<br>Hrs/Days | Earnings | YTD<br>Hrs/Days | Earnings | TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,621.67 | | 68,095.39 | Tax Status<br>Allowances<br>Addl. Amt. | S<br>10 | S<br>0 | S<br>0 | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 87.65 | 2,349.99 |
| Medicare | 38.01 | 987.38 |
| Social Security | 162.54 | 4,221.91 |
| NY Withholding | 135.91 | 3,529.36 |
| NYC Withholding | 91.17 | 2,367.53 |

| BEFORE TAX DEDUCTIONS | Current | YTD | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|
| GHI CBP Fam Basic Bef Tax | 0.00 | 0.00 | PSC DUES | 27.53 | 715.06 |
| TIAA Retirement Before Tax | 91.76 | 2,383.38 | | | |

December 20, 2018

Advice No.  **07407373**

Deposited in the Account(s) of    KRISTINA ARANBAYEVA

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 021000021 | Checking | 1,987.10 |
| | | |
| Total | | 1,987.10 |

| NET DISTRIBUTIONS | |
|---|---|
| Advice # 07407373<br>Check # | 1,987.10 |
| Total | 1,987.10 |