Alan Nisselson (anisselson@windelsmarx.com)
*Chapter 7 Trustee*
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    Kristina Aran<br>    a/k/a Kristina Aranbayeva**,**<br><br>                        Debtor. | Chapter 7<br><br>Case No. 1-19-41084-ess |

# FIRST INTERIM REPORT OF TRUSTEE

**TO THE HONORABLE ELIZABETH S. STONG,**
**UNITED STATES BANKRUPTCY JUDGE:**

Alan Nisselson (the "**Trustee**"), trustee for the Chapter 7 estate (the "**Estate**") of Kristina Aran, a/k/a Kristina Aranbayeva (the "**Debtor**"), respectfully submits this first interim report of case (the "**Interim Report**"), and respectfully represent as follows:

1.   On  February 25, 2019 (the "**Petition Date**"), the Debtor filed with this Court  a voluntary petition for relief under Chapter 7 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), by his attorneys, The Law Office of Mark E. Cohen.

2.   Thereafter, pursuant to Bankruptcy Code § 701(a), the United States Trustee appointed the Trustee as interim trustee. The Trustee has qualified and is now serving as permanent trustee.

**Proofs of Claim**

3.   Upon request of the Trustee, the Court issued a notice establishing September 9, 2019 as the last date for non-governmental entities to file timely proofs of claim in the Debtor's case. (Doc. Nos. 12 and 13).  The last date for Governmental entities to timely file proof of claim

was August 24, 2019. So far, twelve (12) claims totaling $60,278.02 have been filed in the Debtor's case.

**The Personal Injury Action**

4. The Trustee reviewed the Debtor's petition, schedules, statement of financial affairs and related filing documents (the "**Filing Schedules**"). In Schedule A/B, the Debtor listed a personal injury action (the "**Personal Injury Action**") with an unknown. In Schedule C, the Debtor claimed exemptions for the Personal Injury Action pursuant to Bankruptcy Code §522(d)(11)(D) in the amount of $23,675.00 and pursuant to Bankruptcy Code § 11 U.S.C. § 522(d)(5) in the amount of $1,800.00. Together, the exemptions total $25,475.00 (the "**Exemptions**").

**5.** On April 3, 2019, the Trustee conducted an examination of the Debtor at the initial Bankruptcy Code §341(a) meeting of creditors. The Trustee questioned the Debtor concerning the Personal Injury Action and requested documentation concerning the Personal Injury Action. The Trustee received the documentation and the §341(a) meeting is closed.

6. Prior to the Petition Date, the Debtor retained the law firm of Raphaelson & Levine, P.C. (the "**Raphaelson Firm**") pursuant to the terms of a contingency fee retainer agreement for the recovery of damages for injuries she sustained on March 2, 2018 because of motor vehicle accident.

7. On January 9, 2019, the Raphaelson Firm filed a complaint (the "**Complaint"**) in the Supreme Court, State of New York, County of Queens commencing the Personal Injury Action which is titled Kristina Aran v. Uzbek Logistics, Inc. ("**Uzbek**") and Richard Belcher ("**Belcher**"). The action is assigned Index No. 701099/2019.

8.  According to the Raphaelson Firm and as set forth in the Complaint, on March 2, 2018, the Debtor was driving her vehicle on west bound on the Brooklyn Queens Expressway in the County of Queens when a vehicle owned by Uzbek and driven by Belcher collided with the Debtor's vehicle.

9.  The Debtor alleges that, as a result of the March 2, 2018 accident, she suffered serious personal injuries including neck, back and right shoulder. The Debtor underwent a surgical procedure to treat the injuries to her right shoulder.

10. The Personal Injury Action is in the early stages and the parties are engaged in discovery.

11. The Trustee is preparing applications for authority to retain general counsel and to retain the Raphaelson Firm as his special personal injury counsel.

12. Accordingly, the Trustee is unable to file his Trustee's Final Report at this time since he is administering an asset of the Estate

Dated: New York, New York
May 4, 2020            Respectfully submitted,

/s/ Alan Nisselson
Alan Nisselson (anisselson@windelsmarx.com)
*Chapter 7 Trustee*
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000